1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9
10
11
12
13
14
15

| | |
|---|---|
| CENTRAL VALLEY RANCH, LLC, et al., ) | 1:10cv020 LJO DLB |
| ) | |
| ) | ORDER TAKING PLAINTIFFS' MOTION |
| Plaintiffs, ) | TO STRIKE ANSWER OFF CALENDAR |
| ) | (Document 13) |
| v. ) | |
| ) | |
| WORLD WIDE INVESTMENTS, LLC II, ) | ORDER TO SHOW CAUSE |
| et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

16
17
18
19
20
21
22
23
24
25
26
27
28

        Plaintiffs Central Valley Ranch, LLC, Gordon W. Shaw Properties, Inc. and William
Barkett ("Plaintiffs") filed this action on January 5, 2010.

        Plaintiffs filed a motion to strike the answer of Serenity Financial Group ("Serenity") on
March 22, 2010.  Serenity's answer was filed by pro se defendants Raviv Wolfe and Bryan
Pilosi.  Plaintiffs move to strike the answer based on the failure of Serenity, a business entity, to
be represented by an attorney.  See, e.g., Rowland v. California Men's Colony, 506 U.S. 194,
201-202 (1993) (noting that 28 U.S.C. § 1654 does not allow corporations, partnerships, or
associations to appear in federal court otherwise than through a licensed attorney); C.E. Pope
Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987) (a non-attorney may appear in
pro per on his own behalf, but he has no authority to appear as an attorney for others); Local Rule
183(a).  The motion is set for hearing on April 23, 2010.

1   On April 13, 2010, the Court held a scheduling conference, which was attended by

2   Plaintiffs' counsel and Defendants Wolfe and Pilosi in pro se.  The Court continued the

3   scheduling conference in order to resolve the pending motion and to allow Defendants to retain

4   counsel.

5   To date, Defendants have not notified the Court regarding the retention of counsel or filed

6   a response to the motion to strike.  Accordingly, the pending motion to strike is TAKEN OFF

7   CALENDAR.  Defendants Wolfe and Pilosi are ordered to show cause, if any they have, why

8   Serenity's answer should not be stricken.  Defendants are ORDERED to file a response to this

9   order to show cause, or notice of appearance by counsel for Serenity, within **twenty (20) days** of

10  the date of service of this order.  Failure to do so will result in a recommendation that Serenity's

11  answer be stricken from the record.

12

13  IT IS SO ORDERED.

14  **Dated:**   **April 19, 2010**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28