DAVID M. GILMORE, #105429
dgilmore@gwvm.com
JENNIFER J. PANICKER, #258656
jpanicker@gwvm.com
GILMORE, WOOD, VINNARD & MAGNESS
P.O. Box 28907
Fresno, CA  93729-8907
Telephone: (559) 448-9800
Facsimile: (559) 448-9899

Attorneys for Central Valley Ranch, LLC, a California limited liability company, Gordon W. Shaw Properties, Inc., a California Corporation, William Barkett

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CENTRAL VALLEY RANCH, LLC, a California limited liability company; GORDON W. SHAW PROPERTIES, INC., a California corporation; WILLIAM BARKETT,<br><br>    Plaintiffs,<br><br>    v.<br><br>WORLD WIDE INVESTMENTS, LLC II, a Delaware limited liability company; SERENITY FINANCIAL GROUP, a business entity; DONELSON LEGAL SERVICES, a business entity; AL HOPKINS; RAVIV WOLFE and BRYAN PILOSI,<br><br>    Defendants. | CASE NO. 1:10-CV-00020-LJO-DLB<br><br>**PROPOSED ORDER**<br><br>Date:  July 27, 2010<br>Time:  9:45 a.m.<br>Crtrm.:  9 |

It is hereby ordered that the scheduling conference set for today's date is hereby be continued to October 5, 2010 at 9:30 a.m. in Courtroom 9.  A Joint Scheduling Report shall be submitted by the parties on or before September 28, 2010.

IT IS SO ORDERED.

Dated:  **July 28, 2010**                    /s/ Dennis L. Beck
                                              UNITED STATES MAGISTRATE JUDGE

7828-22\00197478.000                1                   1:10-CV-00020-LJO-DLB
                                                         PROPOSED ORDER