1

2

3

4

5

6

7

8

9

10

11

12

13

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CENTRAL VALLEY RANCH, LLC, et al., | ) | 1:10cv020 LJO DLB |
| | ) | |
| Plaintiffs, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| v. | ) | |
| | ) | |
| WORLD WIDE INVESTMENTS, LLC, II, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

14

15

16

        Plaintiffs Central Valley Ranch, LLC, Gordon W. Shaw Properties, In. and William

Barkett ("Plaintiffs") filed the instant action on January 5, 2010.

17

18

19

        On April 27, 2011, the Clerk of the Court entered default as to Defendants Al Hopkins,

Carla Zamora, Donelson Legal Service and World Wide Investments, LLC II.  On the same date,

the Court held a telephonic status conference.  Plaintiffs' counsel informed the Court that

motions for default judgment would be filed.

20

21

22

        As of the date of this order, however, Plaintiffs have not filed any motions for default

judgment or otherwise contacted the Court regarding the status of the action.

23

24

25

        Accordingly, Plaintiffs are ORDERED TO SHOW CAUSE, if any they have, why this

action should not be dismissed for failure to prosecute.  Plaintiffs SHALL file a written response

to this order to show cause within **twenty (20) days** of the date of service of this order.

///

26

///

27

28

1      If Plaintiffs fail to comply with this order, the Court will recommend that this action be

2   dismissed for failure to prosecute.

3

4      IT IS SO ORDERED.

5   **Dated:      October 31, 2011**                    _____/s/ **Dennis L. Beck**_____
                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28