1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY RANCH, LLC, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>WORLD WIDE INVESTMENTS, LLC, II, )<br>et al., )<br><br>Defendants. )<br>_____ ) | 1:10cv020 LJO DLB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

On October 31, 2011, the Court issued an order to show cause why the action should not be dismissed for failure to prosecute based on Plaintiffs' failure to file any motions for default judgment or otherwise prosecute this action.  The Court directed Plaintiffs to file a written response to the order to show cause.

On November 11, 2011, Plaintiffs filed a response to the Order to Show Cause.  Plaintiffs also filed an application for default judgment against defendants in this action.

Based on Plaintiffs' response, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

**Dated:**   **November 30, 2011**                    _____ **/s/ Dennis L. Beck**_____
UNITED STATES MAGISTRATE JUDGE