IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY RANCH, LLC, et al., ) | 1:10cv00020 LJO DLB |
| ) | |
| ) | ORDER ADOPTING FINDINGS |
| ) | AND RECOMMENDATIONS |
| ) | (Document 84) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| WORLD WIDE INVESTMENTS, LLC II, ) et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On January 24, 2012, the Magistrate Judge issued Findings and Recommendations that Plaintiffs' Motion for Default Judgment be GRANTED. These Findings and Recommendations contained notice that any objections were to be filed within fourteen (14) days of the date of service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendation issued January 24, 2012, is ADOPTED IN FULL;
2.  The Motion for Default Judgment by Plaintiffs Central Valley Ranch LLC and Gordon W. Shaw Properties, Inc. against Defendant World Wide, and its alter ego

1

1  Defendant Hopkins, is GRANTED on the first and second causes of action for breach of agreement/contract.

3.  Plaintiffs' motion for default judgment against Defendants Serenity Financial Group, Donelson Legal Services and Carla Zamora is DENIED; and

4.  Plaintiffs are AWARDED damages in the amount of $586,000 against Defendant World Wide and its alter ego, Defendant Hopkins.

IT IS SO ORDERED.

Dated:   February 13, 2012              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE