IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY RANCH, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WORLD WIDE INVESTMENTS, LLC II, et al., <br><br> Defendants. | CASE NO. CV F 10-0020 LJO DLB <br><br> **ORDER OF INTENT TO DISMISS ANY REMAINING CLAIMS AND TO CLOSE ACTION** |

Review of the docket indicates that all claims in this action have been adjudicated, settled or abandoned. As such, this Court intends to dismiss any pending claims and to close this action unless, no later than April 26, 2012, papers are filed to identify the pending claims and plans to prosecute such claims and/or to show good cause why this case should not be closed.

IT IS SO ORDERED.

**Dated:   April 17, 2012**                          **/s/ Lawrence J. O'Neill**
                                                                 UNITED STATES DISTRICT JUDGE

1