# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY RANCH, LLC, et al., | CASE NO. CV F 10-0020 LJO DLB |
| vs. | **ORDER TO DISMISS REMAINING CLAIMS AND TO CLOSE ACTION** |
| WORLD WIDE INVESTMENTS, LLC II, et al., | |
| Defendants. / | |

This Court's April 17, 2012 order informed the parties of this Court's intent to dismiss any pending claims and to close this action unless, no later than April 26, 2012, papers were filed to identify the pending claims and plans to prosecute such claims and/or to show good cause why this case should not be closed. No papers were filed to respond to the April 17, 2012 order. As such, this Court DISMISSES any pending claims and directs the clerk to close this action.

IT IS SO ORDERED.

**Dated:   April 27, 2012**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE